Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
IN RE:                                                  :
Fosamax Products Liability Litigation     :          1:06-md-1789 (JFK)
                                                           :
-----------------------------------------------------x
*This Document Relates to:*                     :          **NOTICE OF APPEARANCE**
Shirley J. Brock and                             :
James C. Brock                                    :
v. Merck & Co., Inc.                             :
                                                           :
Case No: 1:07-cv-11220-JFK              :
-----------------------------------------------------x

        PLEASE TAKE NOTICE that David J. Heubeck hereby enters his appearance as counsel

of record in the above referenced causes of action.  All inquiries, pleadings and court documents

should be filed and served upon the undersigned.

Dated: February 11, 2008
        New York, New York                    Respectfully submitted,


                                              By: _____/s/_____
                                                  David J. Heubeck


                                                  Venable LLP
                                                  Two Hopkins Plaza, Suite 1800
                                                  Baltimore, Maryland 21201
                                                  Tel:  (410) 244-7400
                                                  Fax:  (410) 244-7742

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 11, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system.

/s/

David J. Heubeck

Venable LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
Tel:  (410) 244-7400
Fax:  (410) 244-7742